# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAD RAHEEM PRICE, | CASE NO. 1:06-cv-00812-AWI-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR CLARIFICATION |
| v. | (Doc. 19) |
| DOES 1-3, et al., | |
| Defendants. | |

Plaintiff Ahmad Raheem Price ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed an amended complaint on August 10, 2006. On October 2, 2006, plaintiff filed a motion seeking "clarification of defendants to conform with plaintiff's submitted amendment . . . ." (Doc. 19.)

The court cannot discern what relief plaintiff is seeking and his motion for clarification is therefore DENIED.

IT IS SO ORDERED.

Dated: **February 27, 2007**      **/s/ Dennis L. Beck**
3b142a     UNITED STATES MAGISTRATE JUDGE